BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant JUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 4-06-70106 WDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF PRETRIAL RELEASE |
| ANGELIQUE JUSTIN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions

of pretrial release for Angelique Justin may be modified to allow Ms. Justin to travel to the Central

District of California from Friday, March 10, 2006, and returning by Monday, March 13, 2006.

Ms. Justin' s son just celebrated his birthday and she would like to take him to Disneyland.  All

other conditions of release would remain the same.

/ / /

/ / /

- 1 -

DATED:    March 10, 2006                    _____/S/_____
                                            JOYCE LEAVITT
                                            Assistant Federal Public Defender


DATED:    March 10, 2006                    _____/S/_____
                                            GEORGE BEVAN
                                            Assistant United States Attorney


DATED:    March 10, 2006                    _____/S/_____
                                            PAUL MAMARIL
                                            Pretrial Services Officer


**SIGNATURE ATTESTATION**

_____I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.


# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that  the conditions of pretrial release for Angelique Justin may be modified to allow Ms. Justin to travel to the Central District of California from Friday, March 10, 2006, and returning by Monday, March 13, 2006.  All other conditions of release shall remain the same.

SO ORDERED.


DATED:   March 10, 2006

                                            _____
                                            WAYNE D. BRAZIL
                                            United States Magistrate Judge

- 2 -